```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 32638
     SHANNON SYNEGAL
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

              Debtor
     SSN XXX-XX-2154


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/28/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WILSHIRE CREDIT CORPORAT MORTGAGE NOTI NOT FILED              .00           .00
LITTON LOAN SERVICING    MORTGAGE NOTI NOT FILED              .00           .00
INDYMAC BANK             CURRENT MORTG      .00               .00           .00
INDYMAC BANK             SECURED NOT I  34181.30              .00           .00
INDYMAC BANK             MORTGAGE NOTI NOT FILED              .00           .00
CITIZENS BANK            CURRENT MORTG      .00               .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE   3822.00              .00           .00
LVNV FUNDING             UNSECURED        301.68              .00           .00
LITTON LOAN SERVICING    CURRENT MORTG      .00               .00           .00
KEYBANK NATIONAL ASSOC   CURRENT MORTG      .00               .00           .00
KEYBANK NATIONAL ASSOC   UNSECURED     NOT FILED              .00           .00
SAXON MORTGAGE SVC       CURRENT MORTG      .00               .00           .00
TOYOTA MOTOR CREDIT      SECURED NOT I      .00               .00           .00
TOYOTA MOTOR CREDIT      UNSECURED     NOT FILED              .00           .00
WILSHIRE MTG             CURRENT MORTG      .00               .00           .00
GLOVER LAW OFFICE        PRIORITY      NOT FILED              .00           .00
ACS/CLC COLLEGE LOAN COR UNSECURED     NOT FILED              .00           .00
AES                      UNSECURED     NOT FILED              .00           .00
ALLIANCE ONE RECEIVABLES UNSECURED     NOT FILED              .00           .00
AMERICAN EXPRESS TRAVEL  UNSECURED     NOT FILED              .00           .00
AQUA ILLINOIS INC        UNSECURED     NOT FILED              .00           .00
CAPITAL ONE              UNSECURED     NOT FILED              .00           .00
CHASE CC                 UNSECURED     NOT FILED              .00           .00
CHASE RECIEVABLES        UNSECURED     NOT FILED              .00           .00
CITIFINANCIAL MTG        UNSECURED     NOT FILED              .00           .00
CITIFINANCIAL MTG        UNSECURED     NOT FILED              .00           .00
CLC SVC CORP             UNSECURED     NOT FILED              .00           .00
COMMONWEALTH EDISON      UNSECURED     NOT FILED              .00           .00
CONSECO FINANCE          UNSECURED     NOT FILED              .00           .00
DELL FINANCIAL SERVICES  UNSECURED     NOT FILED              .00           .00
HOME DEPOT               UNSECURED     NOT FILED              .00           .00
HSBC                     UNSECURED     NOT FILED              .00           .00
HSBC BEST BUY            UNSECURED     NOT FILED              .00           .00
HSBC/WICKS               UNSECURED     NOT FILED              .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED     NOT FILED              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 32638 SHANNON SYNEGAL
```

```
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED              .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED              .00            .00
NICOR GAS                UNSECURED        NOT FILED              .00            .00
QUEST DIAGNOSTIC         UNSECURED        NOT FILED              .00            .00
SEARS CARD               UNSECURED        NOT FILED              .00            .00
NETWORK SECURITY         UNSECURED        NOT FILED              .00            .00
UNIVERSITY HEAD & NECK A UNSECURED        NOT FILED              .00            .00
WALMART                  UNSECURED        NOT FILED              .00            .00
AT&T                     UNSECURED        NOT FILED              .00            .00
XLS/EFR                  UNSECURED        NOT FILED              .00            .00
LA OUIDA GLOVER          DEBTOR ATTY            .00                             .00
TOM VAUGHN               TRUSTEE                                                .00
DEBTOR REFUND            REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                        .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 08 B 32638 SHANNON SYNEGAL